# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 23-03029-01-CR-S-RK ) |
| JUSTIN LEE MASSEY, | ) ) ) |
| Defendant. | ) |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to the sole count and admitted to the Forfeiture Allegation contained in the Indictment filed on April 11, 2023, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense. Sentencing will be set by subsequent Order of the Court.

                                          */s/ Roseann Ketchmark*
                                          **ROSEANN KETCHMARK**
                                          **UNITED STATES DISTRICT JUDGE**

Date: August 3, 2023